THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK P. YOUNG, Appellant, *v.* JOHN H. J. RONNER, as Register of the County of New York, Respondent.

*People ex rel. Young* v. *Ronner*, 89 App. Div. 613, appeal dismissed.
(Argued June 1, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1903, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the reinstatement of the relator as clerk in the office of the register of the county of New York.

*Joseph E. Bullen* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.